September 14, 2022

I Diane Hardesty, to swear under oath, the following paperwork is still needed to fulfill my obligations and I will produce by Sept 23, 2022

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

3:20 pm, Sep 14 2022
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

1. 2016 profit lose

This is due to getting back into the old system to print

2. 2022 profit lost

Truly ran out of time and I need to finish reconciling the account

3. 941 and other papers for the tax,

I have attached the error code on the system and QuickBooks will reactivate takes 3-5 days

4. Payroll:

I ran out of time, I must supply 2017,2018-time sheets info. To do this I must go through the boxes from the secretary that was working for us at that time.

✗ Personal + Cabs  2021. extension

Signature