IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRUSTEES OF THE HEATING, PIPING
& REFRIGERATION PENSION FUND, *et al.*,

    Plaintiffs,

v.

CLEAN AIR MECHANICAL, INC., *et al.*,

    Defendants.

CIVIL NO. JKB-17-3690

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

The Court incorporates herein the prior record in this matter, including the various orders issued by this Court in an ongoing attempt to compel Diane Hardesty's compliance with post-judgment obligations. Further, the Court sets out a process below by which Diane Hardesty will remit payments to Plaintiffs.

As relevant here, on May 16, 2019, the Court entered judgment in favor of Plaintiffs against Clean Air Mechanical, Inc., Clean Air Building Services, LLC. ("CABS"), James Hardesty, and Diane Hardesty in the amount of $423,286.30. (ECF No. 82.) The Court issued a Writ of Garnishment for Wages to CABS for the wages of James Hardesty. (ECF No. 216.) The Writ of Garnishment was served on Diane Hardesty in open court on April 26, 2022 because she represented that she had not received a copy previously. (*See* ECF No. 232.) Diane Hardesty filed an Answer of Garnishee/Employer, indicating that James Hardesty was paid $1,533.72 per week. (ECF No. 235.) The Court entered an Order on June 29, 2022 directing CABS to immediately comply with the Writ of Garnishment and to remit payment to Plaintiffs. (ECF No. 239.) The Court also entered an Order on September 15, 2022 directing Diane Hardesty to garnish James

Hardesty's wages and, for September, October, and November of 2022, Diane Hardesty was directed to either remit the portion of James Hardesty's wages that had been garnished or an explanation as to why there was no garnishment for a given month. (ECF No. 254.) On August 29, 2023, Plaintiffs filed a Status Report indicating that they had received only two garnishment checks, one on July 22, 2022 and one on February 24, 2023, but that neither had cleared. (ECF No. 255.) Plaintiffs also explained that they deposed James Hardesty in May 2023 and that he testified that he is paid $1,200 per week after tax. (*Id.*)

The Court therefore set in a Hearing to determine Diane Hardesty's compliance with this Court's Orders. (ECF No. 256.) The Hearing occurred on September 14, 2023, but Diane Hardesty did not appear. At the Hearing, Plaintiffs preliminarily carried their burden to show Diane Hardesty's non-compliance with this Court's orders, but, because the Court was not convinced that she had notice of the Hearing, the Court set in an additional Hearing. (*See* ECF No. 259.) Diane Hardesty was personally served with the notice of that Hearing, but still failed to appear. (ECF No. 260.) The Court found that there was probable cause to believe that Diane Hardesty was in contempt of court, and a warrant was issued for her arrest. (ECF No. 262.)

Diane Hardesty was arrested and a Contempt Hearing was held on October 6, 2023 and October 10, 2023. The Court found that Diane Hardesty was in civil contempt by virtue of her failure to garnish wages of James Hardesty. Diane Hardesty made a $4,500 payment to Plaintiffs, and the Court therefore found that Diane Hardesty purged her contempt.

The Court will now set in a process to ensure Diane Hardesty's compliance with this Court's Orders. Each month, Diane Hardesty will garnish $1,250 from James Hardesty's wages— a sum that represents approximately 25% of his wages—and will remit that amount to the Plaintiffs. The parties will file a joint status report on the 10th of each month stating whether the

$1,250 has been paid. If Plaintiffs' counsel does not certify that the amount has been paid, the Court will expect to issue a warrant for Diane Hardesty's arrest. To the extent that Diane Hardesty is unable to remit the $1,250, the joint status report must indicate why such payment cannot be made. Diane Hardesty will be required to account for any inability to remit the $1,250 under oath.

Accordingly, it is ORDERED that:

1. Diane Hardesty SHALL GARNISH James Hardesty's wages and SHALL REMIT $1,250 each month to Plaintiffs;
2. The parties are DIRECTED to file a joint status report on the 10th of each month stating whether the $1,250 has been paid and, if not, the reason why the payment has not been made; and
3. Diane Hardesty is WARNED that failure to comply with the above process will result in the issuance of a warrant for her arrest.

DATED this ___11___ day of October, 2023.

BY THE COURT:

*James K. Bredar*
James K. Bredar
Chief Judge